AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Eray Dursun,

Plaintiff,

V.

Monterrey Security Consultants, Inc.; John Doe No. 1; John Doe No. 2; John Doe No. 3; ASM Global Convention Center Management, LLC; Chicago Park District; and Tim LeFevour,

Defendants.

CASE NUMBER: 1:24-cv-09668

ASSIGNED JUDGE: Honorable Rebecca R. Pallmeyer

DESIGNATED MAGISTRATE JUDGE: Honorable Sheila Finnegan

TO: (Name and address of Defendant)

CHICAGO PARK DISTRICT
Rosa Escareño, General Superintendent and CEO
4830 S. Western Avenue
Chicago, IL 60609

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James C. Vlahakis
Vlahakis Law Group LLC
20 N. Clark Street, Suite 3300
Chicago IL 60602

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Vanessa Miller*

(By) DEPUTY CLERK

October 9, 2024

DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-09668

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>CHICAGO PARK DISTRICT Rosa Escareño, General Superintendent and CEO</u> was received by me on *(date)* <u>Oct 8, 2024, 11:12 pm</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Kevin Murphy</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>CHICAGO PARK DISTRICT Rosa Escareño, General Superintendent and CEO</u> on *(date)* <u>Fri, Oct 11 2024</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 10/11/2024

*Server's signature*

Kyle Clutter 115-002370

*Printed name and title*

333 S Wabash Ave Suite 2700, Chicago, IL 60604

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Oct 11, 2024, 12:52 pm CDT at Company: 4830 South Western Avenue, Chicago, IL 60609 received by Kevin Murphy . Relationship: Attorney ;

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Eray Dursun,

Plaintiff,

V.

Monterrey Security Consultants, Inc.; John Doe No. 1; John Doe No. 2; John Doe No. 3; ASM Global Convention Center Management, LLC; Chicago Park District; and Tim LeFevour,

Defendants.

CASE NUMBER: 1:24-cv-09668

ASSIGNED JUDGE: Honorable Rebecca R. Pallmeyer

DESIGNATED MAGISTRATE JUDGE: Honorable Sheila Finnegan

TO: (Name and address of Defendant)

MONTERREY SECURITY CONSULTANTS, INC.
C/o Terrence Lefevour, Registered Agent
33 N. Dearborn Street, Suite 1950
Chicago, IL 60602-3108

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James C. Vlahakis
Vlahakis Law Group LLC
20 N. Clark Street, Suite 3300
Chicago IL 60602

an answer to the complaint which is herewith served upon you, ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*/s/ Vanessa Miller*

(By) DEPUTY CLERK

October 9, 2024

DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-09668

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MONTERREY SECURITY CONSULTANTS, INC. C/o Terrence Lefevour, Registered Agent was received by me on *(date)* Oct 8, 2024, 11:12 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Marcelo Rivera , who is designated by law to accept service of process on behalf of *(name of organization)* MONTERREY SECURITY CONSULTANTS, INC. C/o Terrence Lefevour, Registered Agent on *(date)* Fri, Oct 11 2024 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/11/2024

*Server's signature*

Kyle Clutter 115-002370

*Printed name and title*

333 S Wabash Ave Suite 2700, Chicago, IL 60604

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Oct 11, 2024, 12:06 pm CDT at Company: 33 North Dearborn Street Suite 1950, Chicago, IL 60602 received by Marcelo Rivera. Relationship: Paralegal/authorized to accept;